**KURT BONDS**
Nevada Bar No. 6228
**TREVOR WAITE**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

RHEA DIAZ,

                        Plaintiff,

v.

TRANSUNION, LLC,

                        Defendant.

Case No. 2:18-cv-02053-JAD-VCF

### JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

Plaintiff Rhea Diaz ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 25, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 20, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

/ / /

1

3259362.1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 11, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 19th day of November, 2018

**ALVERSON TAYLOR & SANDERS**

/s/Kurt Bonds

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile:  (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
*Counsel for Trans Union LLC*

Dated this 19th day of November, 2018

**HAINES & KRIEGER, LLC**

/s/David H. Krieger

David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 19th day of November, 2018.

UNITED STATES MAGISTRATE JUDGE

2

3259362.1